

# *Seddio & Associates, PC*

ATTORNEYS and COUNSELLORS AT LAW
ONE METROTECH CENTER, SUITE 1803
BROOKLYN, NEW YORK 11201

HON. FRANK R. SEDDIO
Former Judge, Surrogate's
Court, Kings County
EMAIL: SEDDIOLAW@GMAIL.COM

TEL. (718) 272-6040

JAVID NESARALLI
JAKE RYAN BAUMGARTEN, of Counsel
ALLEN SCHWARTZ, of Counsel
ADAM KALISH, of Counsel

January 6, 2025

Hon. Judge Pamela K. Chen
225 Cadman Plaza East
Brooklyn New York 11201

> Re:   Olden Group LLC v. Body Glove International Inc. et al
> Case Number 1:24-cv-08613-PKC-VMS

Dear Judge Chen:

I, Frank R. Seddio, Esq. of Seddio & Associates, PC. was Plaintiff's counsel of record in the above referenced litigation and in the state court action that was removed to this Court on December 17, 2024.

As a result, I am listed as Counsel of Record for the Plaintiff in this removed action. I submit this letter motion with the consent of my client to withdraw as counsel of record in this case pending before Your Honor.

My withdrawal will not delay or adversely affect the progress of this case because Plaintiff, in this Federal case is represented Paul D. Montclare Esq. of Mitchell Silberberg & Knupp, Esq. pursuant to a filed Notice of Appearance dated December 23, 2024. ( ECF 5)

On January 6, 2025, Lauren J. Wachtler, Esq. of the law firm of Barclay Damon LLP filed her Notice of Appearance as co-counsel for Plaintiff in this matter. (ECF 16)

There are no disputes with my client regarding fees or otherwise.

Accordingly, I respectfully request that this Letter Motion for me to withdraw as counsel for Plaintiff be granted.

Respectfully submitted,

Frank R. Seddio

[See  Declaration of Yechiel Sprei on following page]

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

OLDEN EQUITIES GROUP, LLC,

                              Plaintiff,          Case No. 1:24-CV-08613-VMS

        v.

BODY GLOVE INTERNATIONAL INC. and              **DECLARATION OF**
BODY GLOVE IP HOLDINGS, LP,                     **YECHIEL S. SPREI**

                              Defendants.

I submit this Declaration in support of and confirming Mr. Seddio's Letter Motion dated January 6, 2025 to withdraw as counsel for Plaintiff in this case.

I am an authorized representative of the Plaintiff, Olden Equities Group LLC and authorized to act on its behalf.

For the reasons set forth in Mr. Seddio's Letter Motion I consent to his withdrawal as counsel in this case.

Dated: January 6, 2025

_____
YECHIEL S. SPREI

3