UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

OLDEN GROUP LLC,

                              Plaintiff,

        v.

BODY GLOVE INTERNATIONAL INC. and
BODY GLOVE IP HOLDINGS, LP,

                              Defendants.

Case No. 1:24-CV-08613-VMS

**PLAINTIFF OLDEN GROUP LLC'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Olden Group LLC, by and through its undersigned counsel, states that based on information provided by my client which I believe to be true and accurate, Plaintiff has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Pursuant to Rule 7.1(a)(2) of the Federal Rules of Civil Procedure, Plaintiff Olden Group LLC identifies the citizenship of its members for purposes of establishing diversity of citizenship under 28 U.S.C. § 1332(a) as follows: Olden Group, LLC is a limited liability company organized under the laws of the State of New York. It has one member, Yechiel S. Sprei, an individual, who resides in Brooklyn, New York and is a citizen of New York.

DATED:  New York, New York
        January 16, 2025

MITCHELL SILBERBERG & KNUPP LLP

By: /s/*Paul D. Montclare*
    Paul D. Montclare  Esq. (pdm@msk.com)
    Samantha W. Frankel (swf@msk.com)
    437 Madison Ave., 25th Floor
    New York, New York 10022-7001
    Telephone: (212) 509-3900
    Facsimile: (212) 509-7239

    *Attorneys for Plaintiff Olden Group LLC*

20439523.1